The document below is hereby signed.

Signed: February 28, 2020



_S. Martin Teel, Jr._
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re ) | |
| ) | |
| CARLOS ROBERTO ALLEN, JR., ) | Case No. 19-00783 |
| ) | (Chapter 13) |
| Debtor. ) | |
| ) | |
| CARLOS ROBERTO ALLEN, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adversary Proceeding No. |
| ) | 19-10034 |
| HOWARD HALEY ) | |
| ) | |
| and ) | |
| ) | |
| DOUGLASS STONE, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

Pursuant to the court's oral decision at the conclusion of the trial of this proceeding on February 19, 2020, it is

ORDERED and ADJUDGED that the plaintiff, Carlos Roberto Allen, Jr., recover nothing of the defendants. It is further

ORDERED and ADJUDGED that the defendants, Howard Haley and Douglass Sloan, recover of the plaintiff, Carlos Roberto Allen,

Jr., their taxable costs of this proceeding by a bill of costs filed within 21 days after the date of entry of this judgment as provided by LBR 7054-1.  It is further

ORDERED that any motion for attorney's fees and related nontaxable expenses must be filed, as required by LBR 7054-2, within 21 days after the date of entry of this judgment.

It is further

ORDERED that this is a final and appealable judgment.

[Signed and dated above.]

Copies to: Plaintiff (by hand-mailing); recipients of e-notice.